AO 442 (Rev. 11/11) Arrest Warrant

10855040

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Darnell Emory | ) | Case No. |
| | ) | |
| | ) | |
| | ) | 1:19 CR 170 |
| Defendant | ) | |

**FILED**
APR 30 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

JUDGE OLIVER

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Darnell Emory,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute Cocaine, Possessing a Firearm in Furtherance of a Drug Trafficking Crime and Felon in Possession of a Firearm and Ammunition.

Date: 03/27/2019

*Issuing officer's signature*

City and state: Cleveland, Ohio

U.S. Magistrate Judge, Thomas M. Parker
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 03/28/2019, and the person was arrested on *(date)* 04/16/2019
at *(city and state)* _____.

Date: 04/30/2019

For FBI
*Arresting officer's signature*

C. Dorws/USMS
*Printed name and title*