## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO. 1:19 CR 170** |
| | ) | |
| **Plaintiff** | ) | **JUDGE SOLOMON OLIVER** |
| | ) | |
| vs. | ) | **MOTION FOR PRE-PLEA** |
| | ) | **PRESENTENCE REPORT AS** |
| **DARNELL EMORY** | ) | **TO DEFENDANT'S CRIMINAL** |
| | ) | **HISTORY ONLY** |
| **Defendant** | ) | |

Now comes the defendant, Darnell Emory, by and through undersigned counsel, and hereby respectfully moves this Honorable Court to issue an Order directing the Probation Department to prepare a pre-plea presentence report regarding the defendant's criminal history only.

As grounds for this request, counsel submits that this information is necessary to assist in advising the defendant as to how to best proceed in the defense of the charges herein.

    Respectfully submitted,

    /s/ Steven L. Bradley
    STEVEN L. BRADLEY (0046622)
    Marein & Bradley
    222 Leader Building
    526 Superior Avenue
    Cleveland, Ohio 44114
    (216) 781-0722
    steve@mareinandbradley.com

CERTIFICATE OF SERVICE

A copy of the foregoing *Motion for Pre-Plea Presentence Report as to Defendant's Criminal History Only* was served by Electronic Mail to all parties this 28th day of May, 2019.

/s/ Steven L. Bradley
STEVEN L. BRADLEY (0046622)